JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CONSTANT, | Case No. 2:21-cv-08608 JFW (KES) |
|     Plaintiff, | |
| v. | **JUDGMENT** |
| Schorr Law, | |
|     Defendant. | |

    Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice but without leave to amend.

DATED:  December 28, 2021

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE